IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF DELAWARE

| | |
|---|---|
| In re:<br><br>INACOM CORP., et al., [1]<br><br>                      Debtors. | Chapter 11<br><br>Case No. 00-2426 (PJW)<br>(Jointly Administered) |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                      Plaintiff,<br><br>v.<br><br>GE ELECTRICAL DISTRIBUTION AND CONTROL, d/b/a GENERAL ELECTRIC COMPANY,<br><br>                      Defendant. | Civil Action No. 04-614 GMS<br><br><br>Adversary Case No. 03-50504 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                      Plaintiff,<br><br>v.<br><br>GE INDUSTRIAL SYSTEMS, d/b/a GENERAL ELECTRIC COMPANY,<br><br>                      Defendant. | Civil Action No. 04-608 GMS<br><br><br>Adversary Case No. 03-50497 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

---

[1]     The Debtors are the following entities: InaCom Corp.; InaCom Latin America; InaCom Solutions, Inc.; InaCom Communications, Inc.; InaComp Financial Services, Inc.; Perigee Communications, Inc.; Networks, Inc.; Gorham Clark, Inc.; InaCom International, Inc.; InaCom Tennessee, Inc.; InaCom Professional Services, Inc.; Kure Associates, Inc.; Office Products of Minnesota, Inc.; Boston Computer Exchange Corporation; PC Technical Services, Inc.; Vanstar Corporation; Computerland International Development, Inc.; Computerport World Trade, Inc.; Vanstar International Corporation; VST West, Inc.; VST Illinois, Inc.; VSTNC, Inc.; Cland Tex, Inc.; InaCom Government Systems, Inc.; Contract Data, Inc.; Computer Professionals, Inc.; Vanstar Professional Technical Resources, Inc.

42125-003\DOCS_LA:140165.1

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                    Plaintiff,<br><br>v.<br><br>GE POWER SYSTEMS, d/b/a GENERAL ELECTRIC COMPANY,<br><br>                    Defendant. | Civil Action No. 04-607 GMS<br><br>Adversary Case No. 03-50496 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                    Plaintiff,<br><br>v.<br><br>GE SUPPLY, d/b/a GENERAL ELECTRIC COMPANY,<br><br>                    Defendant. | Civil Action No. 04-613 GMS<br><br>Adversary Case No. 03-50502 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>                    Plaintiff,<br><br>v.<br><br>GE CORPORATE R&D, d/b/a GENERAL ELECTRIC COMPANY,<br><br>                    Defendant. | Civil Action No. 04-611 GMS<br><br>Adversary Case No. 03-50500 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

| | |
|---|---|
| INACOM CORP., on behalf of all affiliated Debtors,<br><br>　　　　　　　　　　　　Plaintiff,<br><br>v.<br><br>GE ELECTRIC LIGHTING, d/b/a GENERAL ELECTRIC COMPANY,<br><br>　　　　　　　　　　　　Defendant. | Civil Action No. 04-609 GMS<br><br>Adversary Case No. 03-50498 (PJW)<br>Bankruptcy Case No. 00-2426 (PJW) |

## NOTICE AND REQUEST FOR STATUS CONFERENCE

As the Court may recall, the above-referenced adversaries were settled by Plaintiff and Defendants (the "Parties") and the settlement was approved by the Committee of Unsecured Creditors on December 11, 2004, pursuant to the omnibus order and procedures established in the Plan of Liquidation.

To date, the parties have not executed the settlement documents.

Plaintiff requests a status conference with the Court in order to establish a reasonable time frame to get the documents finalized, settlement monies exchanged, and the adversaries dismissed.

Dated: June 1, 2005        PACHULSKI, STANG, ZIEHL, YOUNG, JONES
                                              & WEINTRAUB P.C.

                                           Laura Davis Jones (DE Bar No. 2436)
Andrew W. Caine (CA Bar No. 110345)
Jeffrey P. Nolan (CA Bar No. 158923)
Sandra G. McLamb (Bar No. 4283)
919 North Market Street, 16th Floor
P.O. Box 8705
Wilmington, Delaware 19899-8705 (Courier 19801)
Telephone: (302) 652-4100
Facsimile: (302) 652-4400

Counsel for Debtors and Debtors in Possession
INACOM CORP.

Dated: May 31, 2005        LAW OFFICES OF GLENN REISMAN

                                           Glenn Reisman, Esq.
Two Corporate Drive, Suite 636
P.O. Box 861
Shelton, CT 06484-0861
Telephone: (203) 944-3043
Facsimile: (203) 944-3044

Counsel for Defendants, GE POWER SYSTEMS, a/k/a
GENERAL ELECTRIC COMPANY, GE CORPORATE
RESEARCH & DEVELOPMENT, et al.